**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 2 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YONGHUA LIU, | No.   15-73164 |
| Petitioner, | Agency No. A087-881-203 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM * |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2017**

Before:    THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

Yonghua Liu, a native and citizen of China, petitions for review of the Board

of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration

judge's decision denying his application for asylum, withholding of removal, and

protection under the Convention Against Torture ("CAT").  Our jurisdiction is

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

governed by 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings.  *Ren v. Holder*, 648 F.3d 1079, 1083, 1089-90 (9th Cir. 2011).  We deny in part and dismiss in part the petition for review.

Among other things, the agency denied Liu's application for relief on the ground that he failed to adequately corroborate his claim.  In doing so, the agency found that the evidence Liu had submitted did not meet his burden of proof for relief.  The record does not compel a contrary conclusion.  *See id.* at 1094.  Thus, Liu's asylum and withholding of removal claims fail.

We reject Liu's contention that the BIA erred by finding that he waived his CAT claim.  Thus, we lack jurisdiction to consider his contentions regarding the merits of his CAT claim.  *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**